

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00302-CV

**CITY OF PEARSALL**,
Appellant

v.

Robert **TOBIAS**,
Appellee

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 13-10-00414CVF
Honorable Donna S. Rayes, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellant, City of Pearsall, recover its costs of this appeal from appellee, Robert Tobias.

SIGNED April 20, 2016.

_____
Rebeca C. Martinez, Justice